UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00374-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JASON SCOTT BALES,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A hearing on the modification of conditions of supervised release is set for **Monday, November 16, 2009 at 3:00 p.m. in Courtroom A1002**.

 Dated:  September 22, 2009.