**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00374-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON SCOTT BALES

        Defendant.

---

**ORDER VACATING HEARING ON MODIFICATION OF CONDITIONS OF
SUPERVISED RELEASE**

---

      THIS MATTER is before the Court on the report of the probation officer concerning the defendant who is currently in custody at the El Paso County Jail pending charges of Domestic Violence Third Degree Assault and Harassment in El Paso County Combined Court Case No. 09-M-7515. Accordingly, it is

      ORDERED that the Hearing on Modification of Conditions of Supervised Release scheduled for November 16, 2009, is vacated.

      DATED at Denver, Colorado, this 3rd day of November, 2009.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL
                                Chief United States District Judge