UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00374-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JASON SCOTT BALES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above captioned case for **Friday, March 18, 2011 at 1:30 p.m.**

      Dated:  January 11, 2011.