UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON SCOTT BALES,

    Defendant.

## MINUTE ORDER

    The supervised release violation hearing set for Friday, March 18, 2011 at 1:30 PM is **VACATED**.  The hearing is **RESET** for **Tuesday, April 26, 2011** at **3:00 PM.**

    Dated:  March 18, 2011