UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00374-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JASON SCOTT BALES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The supervised release violation hearing set for **Tuesday, April 26, 2011** at 3:00 PM is **VACATED.**  The hearing is RESET for **Monday, April 25, 2011 at 3:00 PM.**

      Dated:  March 30, 2011